UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM MABIE,

    Plaintiff,

v.

UNITED STATES MARSHAL'S SERVICE,
ALTON CITY JAIL and SAINT LOUIS
METROPOLITAN POLICE,

    Defendants.

Case No. 18-cv-1276-JPG-SCW

## **MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. Plaintiff William Mabie was granted leave to proceed *in forma pauperis*, so he is entitled to rely on the Court to direct issuance and service of process. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). Accordingly, the Court **DIRECTS** the Clerk of Court to complete, on Plaintiff's behalf, a summons and form USM-285 for service of process on defendant **UNITED STATES MARSHALS SERVICE**, and to issue a completed summons. The Clerk shall provide the United States Marshal all necessary materials and copies for service.

The United States Marshal **SHALL**, within 90 days of the date of this order, serve the Defendant **UNITED STATES MARSHALS SERVICE** pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure by sending a copy of the summons and complaint to the agency by registered or certified mail.

In addition, pursuant to Federal Rule of Civil Procedure 4(i)(1), the United States Marshal **SHALL** (1) personally deliver to or send by registered or certified mail addressed to the civil-process clerk at the office of the United States Attorney for the Southern District of Illinois a copy of the summons and the complaint; and (2) send by registered or certified mail to the

Attorney General of the United States at Washington, D.C., a copy of the summons and the complaint. All costs of service shall be advanced by the United States.

It is **FURTHER ORDERED** that Plaintiff shall serve upon Defendant, or if an appearance has been entered by counsel, upon that attorney, a copy of every pleading or other document submitted for consideration by this Court. Plaintiff shall include with the original paper to be filed a certificate stating the date that a true and correct copy of the document was mailed to each defendant or counsel. Any paper received by a district judge or a magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Defendant is **ORDERED** to timely file an appropriate responsive pleading to the complaint and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Further, this entire matter is **REFERRED** to United States Magistrate Judge Stephen C. Williams for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**
**DATED: July 12, 2018**

           s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**