UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM MABIE,

    Plaintiff,

v.

UNITED STATES MARSHAL'S SERVICE,
ALTON CITY JAIL and SAINT LOUIS
METROPOLITAN POLICE,

    Defendants.

Case No. 18-cv-1276-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff William Mabie's notice of appeal (Doc. 31) of the Court's September 14, 2018, (Doc. 30) order. As noted in that order, the order is not immediately appealable under 28 U.S.C. §§ 1291 or 1292. Consequently, the Court cannot find that Mabie has taken this appeal in good faith. The Court therefore **CERTIFIES** pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A) that the appeal is not taken in good faith and that Mabie should not be allowed to appeal *in forma pauperis* by simply by virtue of the fact that he was allowed to proceed *in forma pauperis* at the district court level. The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in connection with Appeal No. 18-2995.

**IT IS SO ORDERED.**
**DATED: September 20, 2018**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**