UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MABIE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES MARSHAL'S SERVICE, ALTON CITY JAIL and SAINT LOUIS METROPOLITAN POLICE,<br><br>    Defendants. | Case No. 18-cv-1276-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States Marshals Service and against plaintiff William Mabie; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims against defendants Alton City Jail and Saint Louis Metropolitan Police are dismissed with prejudice.

**DATED:** **February 12, 2019**

                                              **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**